**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

NIR VELOZNY, on behalf of the minor children R.V., N.V., and E.V.

                            Plaintiff,

     -against-

TAL VELOZNY,

                            Defendant.

------------------------------------- x

ORDER

20 Civ. 6659 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 25 2021

GEORGE B. DANIELS, District Judge:

A status conference is scheduled for January 28, 2021 at 1:00 p.m.

Dated: January 25, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE