UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

NIR VELOZNY, on behalf of the minor children
R.V., N.V., and E.V.

                            Plaintiff,

      -against-

TAL VELOZNY,

                           Defendant.

------------------------------------ x

ORDER

20 Civ. 6659 (GBD)

GEORGE B. DANIELS, District Judge:

The oral argument is adjourned from April 22, 2021 to May 6, 2021 at 11:00 a.m.

Dated: April 6, 2021
       New York, New York

SO ORDERED.

*[signature: George B. Daniels]*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE