**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 19 2021

------------------------------------ x
         :
NIR VELOZNY, on behalf of the minor children  :
R.V., N.V., and E.V.              :
          Petitioner,  :
         :
-against-         :
         :
TAL VELOZNY,        :
         :
          Respondent.  :
         :
         :
------------------------------------ x

ORDER

20 Civ. 6659 (GBD)

GEORGE B. DANIELS, District Judge:

Respondent's request that the Court hear testimony from the parties' respective experts is DENIED without prejudice to renew. Any additional testimony beyond the thorough expert reports that the parties have furnished to the Court would be unduly cumulative at this time.

Dated: May 19, 2021
     New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE