# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NIR VELOZNY, on behalf of the minor children
R.V., N.V., and E.V.,

                Petitioner,                20 **CIVIL** 6659 (GBD)

    -against-                              **JUDGMENT**

TAL VELOZNY,

                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 22, 2021, Petitioner's Motion for Summary Judgment, (ECF No. 38), is GRANTED. Respondent is hereby ORDERED to return R.V., N.V., and E.V. to Israel. The children are to be repatriated to Israel no later than August 31, 2021, in order to be enrolled and commence the school year in September in Israel.

**Dated:**  New York, New York
          July 23, 2021

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                 **BY:**     *K. Mango*

                                              **Deputy Clerk**